forth the reasons for this order pursuant to Rule 30.25(b).

**Peyton Kyle MCANELLY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 104970**

Missouri Court of Appeals,
Eastern District,
DIVISION FIVE.

Filed: October 3, 2017

Gwenda R. Robinson, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Joshua D. Hawley, Atty. Gen., Daniel N. McPherson, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before James M. Dowd, C.J., Lawrence E. Mooney, J., and Sherri B. Sullivan, J.

**ORDER**

PER CURIAM

Peyton McAnelly appeals the denial of his Rule 24.035 motion for post-conviction relief. The motion court's findings of fact and conclusions of law are not clearly erroneous. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons

for this order. We affirm. Rule 84.16(b)(2)&(5).